# EXHIBIT A

# In the Superior Court of the State of California
## in and for the County of _____KERN_____  ENDORSED

# Abstract of Judgment
## Commitment to State Prison

Dept. No. ...7...  Case No. ...SC046078A...  
The People of the State of California

vs.

Hon. ...ROGER D. RANDALL...  
Judge of the Superior Court

Robert F. Carbone  
Prosecuting Attorney

WILLIAM GEORGE OLDRIGHT, JR.    Defendant.

Timothy Lemucchi  
Counsel for Defendant

This certifies that on the ...17th... day of ...October..., 19..91..., judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. ...SC046078A... Count No. ...One... he was convicted by ...jury...; on his plea of
(court or jury)

...not guilty...
(guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of ...Second Degree Murder...

(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence)

In violation of ...Penal Code Section 187(a)...
(reference to Code or Statue, including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| //// | | | |
| | ////////// | | |
| | | ////////// | |
| | | | ////////// |

Defendant has been held in jail custody for ...98 *... days as a result of the same criminal act or acts for which he has been convicted.    * 66 actual plus 32 good/work as of 10/17/91

Defendant ...was not... armed with a deadly weapon at the time of his commission of the offense or a concealed deadly
(was or was not)

weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.

Defendant ..................... armed with a deadly weapon at the time of his commission of the offense within the meaning of
(was or was not)

Sections 969c and 12022 of the Penal Code.

Defendant ...used... a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5(a) of the
(used or did not use)

Penal Code.

(Repeat foregoing with respect to each count of which defendant was convicted.)

Co. Clerk 580 2170 GA6 (3-83)

# ABSTRACT OF JUDGMENT

(2) Defendant ~~was or was not~~ adjudged ~~a habitual criminal within the meaning of Subd. 197~~ ~~(a) or (b)~~ ~~of Section 644 of the~~ ~~Penal Code, and the defendant~~ ~~/////////~~ ~~a habitual criminal in accordance with Subdivision (b) of that Section.~~
   (is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in the State Prison of the State of California for the term provided by law, 15 yrs to life plus 3 years pursuant to PC 12022.5 and that he be remanded to the Sheriff of the County of ........KERN........ and by him delivered to the Director of Corrections of the State of California at ........WASCO STATE PRISON........

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count): ........Not applicable........

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences from other jurisdictions):

........Not Applicable........

(4) To the Sheriff of the County of ....KERN.... and to the Director of Corrections at the ....Wasco State Prison

pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the custody of the Director of Corrections at ........WASCO STATE PRISON........, California, at your earliest convenience.

Witness my hand and seal of said court

this ....23rd.... day of ....October....,

....GALE S. ENSTAD.................... Clerk,

by ....C. L. Mestaz.................... Deputy

State of California,
                    ss.
County of ........KERN........

I do hereby certify the foregoing to be a true and correct abstract of judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court this ....23rd.... day of ....October...., 19..91...

....GALE S. ENSTAD....................

County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of ....KERN....

The Honorable ........[signature]........,
                                ROGER D. RANDALL
Judge of the Superior Court of the State of California, in and for the County of

........KERN........

Co. Clerk 580 2170 GA6 (3-83)

NOTE: If probation was granted in any sentence of which abstract of judgment is certified, attach a minute order reciting the fact and imposing sentence or ordering a suspended sentence into effect.