# EXHIBIT I

MENTAL HEALTH EVALUATION FOR THE BOARD OF PRISON TERMS
(REVISED AUGUST 1998)
PAROLE CONSIDERATION HEARING
FEBRUARY 2002 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
DECEMBER 7, 2001


This is what appears to be the first mental health evaluation for the Board of Prison Terms on inmate William Oldright, CDC# H-14131. This report is the product of a personal interview, conducted on 12/07/01, as well as a review of his Central file and unit health record. This interview was a single contact with this individual for the sole purpose of preparing this report.

### PSYCHOSOCIAL ASSESSMENT

I.  **IDENTIFYING INFORMATION:**

   Inmate Oldright is a 64-year-old, divorced, Caucasian male. His date of birth is 07/31/37. He stated he is a Christian, specifically Baptist. He presented with no unusual physical characteristics. He denied the use of nicknames or aliases.

II. **DEVELOPMENTAL HISTORY:**

   Inmate Oldright explained that he thinks he had Attention Deficit Hyperactivity Disorder as a child. He described difficulties fitting in with peers his own age due to being hyperactive.

   He denied any history of cruelty to animals, enuresis or acts of arson. He denied any significant childhood medical history. He also denied any childhood history of sexual abuse as either a perpetrator or a victim. He did report that he was physically abused by his father off-and-on for a number of years.

III. **EDUCATIONAL HISTORY:**

   Inmate Oldright is a high school graduate. He completed approximately two years of college, a

OLDRIGHT, WILLIAM
CDC NUMBER: H-14131
BPT MENTAL HEALTH EVALUATION
PAGE TWO

      vocational school specializing in electrical technology and horticulture. He denied any history of special education.

      He is currently involved in a self-help program set up by the Mental Health Services Department which consists of reading books and writing reports on what was learned. He also reports being involved in a self-help program called Impact.

IV. **FAMILY HISTORY:**

      Inmate Oldright stated that both of his parents are deceased. His parents divorced when he was approximately six years old. He explained that he divided his time between living with both parents. He described a conflictual relationship when his parents were together. He added that his father was an alcoholic.

      The inmate is the oldest of three children. He reported that both his brother and sister have a problem with substance abuse. His sister, specifically with alcohol abuse. He reported that his sister is currently taking antidepressants. He denied the awareness of any other mental health history among his immediate family members. The inmate continues to communicate with his sister by telephone on an occasional basis.

V. **PSYCHOSEXUAL DEVELOPMENT AND SEXUAL ORIENTATION:**

      Inmate Oldright stated that he is a heterosexual male. He denied any history of sexual aggression or high-risk sexual behavior.

VI. **MARITAL HISTORY:**

      Inmate Oldright has been married five times. His first marriage was from approximately ages 21 to 34. He explained that the relationship ended because she had found a new boyfriend. He added that he is still currently a friend with this ex-wife. He has three

OLDRIGHT      H-14131      CTF-CENTRAL      12/13/01      gmj

OLDRIGHT, WILLIAM
CDC NUMBER: H-14131
BPT MENTAL HEALTH EVALUATION
PAGE THREE

daughters through this marriage. He had no children with any of the women through his next four marriages. His last marriage was to the woman who was the mother of the victim in his commitment offense.

VII. **MILITARY HISTORY:**

Inmate Oldright stated that he was in the army from 1956 to 1959. He denied any combat experience. He received an honorable discharge. He denied having any disciplinary action against him.

VIII. **EMPLOYMENT/INCOME HISTORY:**

Inmate Oldright has an extensive employment history. He started working in 1952 as a mechanic's helper. He completed high school following this work and subsequently worked at a variety of jobs, including driving trucks, working as a mechanic for drilling rigs, followed by a long period of self-employment when he was a landscaping contractor, a plumbing contractor, and a fire sprinkler contractor. He also explained that he helped develop a jewelry manufacturing business with one of his ex-wives.

Since his incarceration, he has worked in plumbing, as a stationery engineer, in the wood shop, and currently works in the laundry. The inmate stated that, as hobbies, he likes to work with jewelry and leather.

In addition to his employment and income history, it appears that the inmate was involved in the community he lived in. For example, he reported that he was an honorary person of the year for the YMCA, and also served as a scout master in the community.

IX. **SUBSTANCE ABUSE HISTORY:**

Inmate Oldright explained that he does not have an alcohol or drug abuse problem. He added that he used alcohol on a social level only. He said that he was rarely drunk because he would switch to drinking 7-Up

OLDRIGHT        H-14131        CTF-CENTRAL        12/13/01        gmj

OLDRIGHT, WILLIAM
CDC NUMBER: H-14131
BPT MENTAL HEALTH EVALUATION
PAGE FOUR

if he felt like he was getting intoxicated. He explained, "I never wanted to be like my father," who apparently had a serious substance abuse problem.

The inmate did admit to being involved in Alcoholics Anonymous and Narcotics Anonymous for several years, but he explained that since he didn't really have a substance abuse problem, he quit these groups because he didn't feel he had anything to contribute to the groups.

X. **PSYCHIATRIC AND MEDICAL HISTORY:**

Inmate Oldright denied any history of medical or psychiatric hospitalizations, any psychiatric history, including suicidal behavior, a history of serious accidents or head injuries, or a history of seizures or other neurological conditions.

As mentioned previously, he felt that he had an undiagnosed Attention Deficit Hyperactivity Disorder. He did not take any medication for this self-reported problem.

As an adult, he explained that he has had lower back problems, a neck problem and arthritis. He explained that he takes pain relievers occasionally for the above-mentioned problems, as well as cholesterol-lowering medication. He denied the use of any other prescribed medication.

XI. **PLANS IF GRANTED RELEASE:**

If released, inmate Oldright stated that he hopes to live with his daughter in the Bakersfield area. He has access to a truck and tools to continue work with plumbing. He added that his family has agreed to provide both emotional and financial support during the transition from prison to the community.

Based on what was admitted to this interviewer, it would appear that his parole plans are viable and his prognosis for community living is positive.

OLDRIGHT        H-14131        CTF-CENTRAL        12/13/01        gmj

OLDRIGHT, WILLIAM
CDC NUMBER: H-14131
BPT MENTAL HEALTH EVALUATION
PAGE FIVE

### CLINICAL ASSESSMENT

XII. **CURRENT MENTAL STATUS/TREATMENT NEEDS:**

Inmate Oldright is a 64-year-old, divorced, Caucasian male. He appeared to be his stated age. He was appropriately dressed and groomed. He was pleasant, cooperative and coherent throughout the interview. He presented in a calm manner. His speech, flow of thought and affect were all within normal limits. His intellectual functioning was estimated to be within the average range. There was no evidence of a mood or thought disorder. His judgment appeared to be sound and he demonstrated fair insight into his commitment offense.

**CURRENT DIAGNOSTIC IMPRESSIONS:**

**AXIS I:**     Rule Out Attention Deficit Hyperactivity Disorder, NOS (Not Otherwise Specified).
**AXIS II:**    No Contributory Personality Disorder.
**AXIS III:**   No Contributory Physical Disorder.
**AXIS IV:**    Incarceration.
**AXIS V:**     GAF = 80.

His prognosis is positive for being able to maintain his current mental status in the community upon parole.

XIII. **REVIEW OF LIFE CRIME:**

Inmate Oldright described the circumstances surrounding his commitment offense. He accepts responsibility, but admits to reacting, in part, in self-defense.

He stated that the victim had a history of drug problems and psychiatric issues due to a head injury, and that the victim was often verbally abusive and demonstrated threatening behavior towards him. He went on further to explain the details surrounding his commitment offense and stated that he did not intentionally pull the trigger of the gun when the victim was shot. The inmate denied being under the influence of alcohol or any other substance at the time of the crime.

OLDRIGHT        H-14131        CTF-CENTRAL        12/13/01        gmj

OLDRIGHT, WILLIAM
CDC NUMBER:  H-14131
BPT MENTAL HEALTH EVALUATION
PAGE SIX

When discussing the victim, the inmate demonstrated remorse and said, "You don't know how many times I've cried about that guy." Apparently, after the victim was shot, the inmate performed CPR (cardiopulmonary resuscitation) on the victim, which was also noted in the Central file.

The inmate has no prior juvenile or adult record. Since being incarcerated, he has received a total of two CDC-115 violations, the last of which was in 1999. After review of these incidents, neither seemed to be of a violent nature.

XIV. ASSESSMENT OF DANGEROUSNESS:

A. In consideration of several factors, including his lack of a criminal history prior to his commitment offense, his relative lack of violent CDC-115 violations since incarceration, and his programming since being incarcerated, his violence potential within a controlled setting is estimated to be below average relative to this Level II inmate population.



B. If released to the community, his violence potential is estimated to be no more than the average citizen in the community.

C. Inmate Oldright has demonstrated gains since being incarcerated, both psychologically and behaviorally. At this time, it does not appear that there are any significant risk factors which would be a precursor to violence for this inmate.

XV. CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:

A. This inmate is competent and responsible for his behavior. He has the capacity to abide by institutional standards and has generally done so during his incarceration period.

B. This inmate does not have a mental health disorder which would necessitate treatment either during his incarceration period or following parole.

OLDRIGHT        H-14131        CTF-CENTRAL        12/13/01        gmj

OLDRIGHT, WILLIAM
CDC NUMBER: H-14131
BPT MENTAL HEALTH EVALUATION
PAGE SEVEN

    C.  I would recommend individual counseling or psychotherapy when paroled to address relationship dynamics and increasing understanding of self.

*[signature]*

JEFF HOWLIN, Ed.D.
Staff Psychologist
CORRECTIONAL TRAINING FACILITY, SOLEDAD

JH/gmj

D: 12/11/01
T: 12/13/01