IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM G. OLDRIGHT,

        Petitioner,

  v.

B. CURRY, Warden,

        Respondent.

        No. CV-07-3231  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. The petition for a writ of habeas corpus is hereby DENIED.

2. A certificate of appealability is hereby DENIED.

Dated: February 2, 2011

        Richard W. Wieking, Clerk

        By: Tracy Lucero
        Deputy Clerk